**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

KAREN SHELTON and
DARRYL SHELTON,

    Plaintiffs,

v.                                     CASE NO.: 3:09cv401/MCR/EMT

WAL-MART STORES, INC., and
THE STANLEY WORKS,

    Defendants.
_____/

## ORDER OF DISMISSAL

This cause is before the court upon the Motion to Dismiss filed by plaintiff, Darryl Shelton. (Doc. 6). Upon consideration of the foregoing, all claims in the above-styled cause of action brought by plaintiff, Darryl Shelton, against defendants, Wal-Mart Stores, Inc., and The Stanley Works, are hereby **DISMISSED** without prejudice, each party to bear their respective fees and costs.

    **SO ORDERED** this 9th day of October, 2009.

                                  *s/ M. Casey Rodgers*
                                  **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**